FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2013 JUL 12 PM 4 06
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| KENNY RAY CRAIG, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 313-024 |
| ) | |
| JASON MEDLIN, Warden of Wheeler ) | |
| CF; CORRECTIONAL CORPORATION ) | |
| OF AMERICA; and, BRIAN OWENS, ) | |
| Commissioner GDC, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Let a copy of this Report and Recommendation be served upon counsel for the parties. Any party who objects to this Report and Recommendation or anything in it must file, not later than July 29, 2013, written objections specifically identifying the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection.[1] The Clerk will submit this Report and Recommendation together with any objections to United States District Judge Dudley H. Bowen, Jr., on July 30, 2013. Failure to file specific objections within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Devine v. Prison Health Servs., Inc., 212 F. App'x 890, 892 (11th Cir. 2006) (*per curiam*), and may limit a party's appellate rights. Dupree v. Warden, 715 F.3d 1295, 1300-01 (11th Cir. 2013).

---

[1] A copy of the objections must be served upon all other parties to the action.

Requests for extension of time to file objections to this Report and Recommendation should be filed with the Clerk of Court for consideration by Judge Bowen.

A party may not appeal a Magistrate Judge's recommendation directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment entered by the District Judge.

SO ORDERED this 12th day of June, 2013, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE