ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2013 AUG 12 A 11: 18
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| KENNY RAY CRAIG, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JASON MEDLIN, Warden of Wheeler )<br>CF, et al., )<br>)<br>Defendants. ) | CV 313-024 |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Correctional Corporation of America and Owens are **DISMISSED** from this case. Moreover, as the only remaining Defendant, Jason Medlin, has answered Plaintiff's complaint, the **CLERK** is **DIRECTED** to issue a scheduling notice setting the deadlines for this case.

SO ORDERED this 12th day of August, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE