# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff
Clerk

OFFICE OF THE CLERK
P.O. Box 1130
AUGUSTA, GEORGIA   30903

(706)849-4400

## NOTICE TO PRO SE AND ALL COUNSEL OF RECORD

RE:   Kenny Ray Craig, Sr., vs. Jason Medlin, et al.,                      CV313-024

Pursuant to Local Rules 7.4, 16.1, and 26.1 of the Southern District of Georgia, the following dates represent the last day for filing specific pleadings in the case set forth above:

| | |
|---|---|
| DATE ISSUE WAS JOINED | 08/12/13 |
| LAST DAY FOR FILING MOTION TO AMEND OR ADD PARTIES (60 days after issued joined) | 10/11/13 |
| LAST DAY TO FILE EXPERT WITNESS REPORT BY PLAINTIFF (60 days after issue joined) | N/A |
| LAST DAY TO FILE EXPERT WITNESS REPORT BY DEFENDANT (90 days after issued joined) | N/A |
| CLOSE OF DISCOVERY (140 days after issue joined) | 12/29/13 |
| LAST DAY TO FILE MOTIONS (30 days after close of discovery) | 01/28/14 |
| LAST DAY TO FILE SUMMARY JUDGMENT MOTIONS (30 days after discovery closes) | 01/28/14 |

MOTIONS IN LIMINE SHALL BE FILED NO LATER THAN 5 DAYS PRIOR TO THE PRE-TRIAL CONFERENCE, IF PRACTICABLE; OTHERWISE NO LATER THAN 5 DAYS PRIOR TO THE DATE SET FOR TRIAL
All motions and responses must be accompanied by a **proposed order** (with the exceptions of Motions for Summary Judgment and to Dismiss.)

DATE:   8/12/2013

cc:

Stephen E. Curry, Esq.
Kenny Ray Craig, Sr., Pro-se

SCOTT L. POFF
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

BY: _____
       Deputy Clerk