IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 JAN -2  AM 9:58

CLERK _____
SO. DIST. OF GA.

KENNY RAY CRAIG, SR.

Plaintiff

vs.

JASON MEDLIN, WARDEN

Defendant

CIVIL ACTION NUMBER: 3:13 CV-24

## DISCOVERY PERIOD EXTENTION REQUEST

Comes now the Plaintiff in the above named action and respectfully requests the Courts to extend the DISCOVERY PERIOD an additional four (4) months to allow Plaintiff more time to properly request and recieve documents of Discovery to support Plaintiff's Claim. Plaintiff is aware of Discovery Period due by 12-29-13 and respectfully request due date be extended four (4) months extending the due date until the end of April, 2014.

Respectfully Submitted

Kenny Ray Craig, SR.

DATE: December 26th, 2013

Kenny Ray Craig, Sr.
GDC #758338
Washington State Prison
Post Office Box 206
Davisboro, Georgia 31018-0206


Civil Action Number - 3:14 cv 024


Dear Clerk of Courts,

I recieved your response to my change of addresse that I sent to you.

The letter I recieved also shows each mailing date of each document that has been filed in this suit. For this, I wish to thank-you.

I noticed on page two (2) number eleven (11) the discovery is due by 12-29-13. I have included with this letter a request to have the date extended for a period of four (4) months because of being transferred to a different prison has kinda slowed down my requests from potential wittnesses. Also, the defendants lawyer has been in contact with me in an atempt to try to settle this suit

(1)

OUT OF COURT.

BECAUSE I DID NOT RECIEVE YOUR LETTER UNTIL DECEMBER 26th, 2013 THIS LETTER WILL NOT BE ABLE TO BE MAILED TO YOUR OFFICE UNTIL DECEMBER 29th, 2013 BECAUSE THE DEPARTMENT OF CORRECTIONS DOES NOT OPERATE FULLY, MAIL ROOM, INSPECTION, ECT., I HOPE MY REQUEST DOES NOT FALL SHORT BECAUSE OF THIS SITUATION.

UNTIL I RECIEVED YOUR LETTER, THE DUE DATE FOR DISCOVERY HAD SLIPPED MY MIND OR A REQUEST FOR EXTENTION WOULD HAVE BEEN MADE SOONER. I HONESTLY THOUGHT THAT A SETTLEMENT BETWEEN MYSELF AND THE DEFENDANT'S ATTORNEY WOULD HAVE BEEN REACHE ALSO.

CAN YOU PLEASE ADVISE ME IF THIS REQUEST TOO LATE? OR ATLEAST ACKNOWLEDGE THE RECIEPT OF THIS LETTER AND REQUEST?

SINCERLEY,

KENNY RAY CRAIG, SR.

DATE: 12/26/2013

(2)

Kenny Ray Cephus, Sr.
GDC # 758338
Washington State Prison
Post Office Box 206
3010-0206

Clerk, U.S. District Court
Post Office Box 1130
Augusta, Georgia 30903

Macon PDC XX 310
TUE 31 DEC 2013 PM



THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM...